FILED

JUN 13 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   Your Name: _Maria Milano_

2   Address: _11-97 Rising Glen Rd Pinole Cal 94560 94564_

3   Phone Number: _510-426-0913 - / 510 724-4463_

4   Fax Number: _____

5   E-mail Address: _____

6   Pro Se Plaintiff

7

8                    **United States District Court**

9                    Northern District of California

10                   C V   16   3 2 4 6

11   _MARIA Milano_                    Case Number:*[leave blank]*_____

12

13            Plaintiff(s),            **COMPLAINT**

14        vs.

15   _City Housing Authority_

16   _of Richmond Cal_          DEMAND FOR JURY TRIAL

17   _Contra Coste_             Yes ☐  No ☐   ?

18   _County_

19            Defendant(s).           _Not Sure_

20

21      1.  **Parties in this Complaint**

22          a.  **Plaintiff(s).** *Write your name, address, and phone number.  If there are other*

23   *plaintiffs, use more pages to include their names, addresses, and phone numbers.*

24   Name: _My Family_

25   Address:_____

26   _____

27   Phone number:_____

28

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

rev: 6/2013

1    b. **Defendant(s).** *Write the full name and address of every defendant.  If the defendant is*

2    *a corporation, write the state where it is incorporated and the state where it has its main place of*

3    *business.  Use more pages if you need to.*

4    **Defendant 1:**

5    Name: *Richmond housing Aut*

6    Address: *24 st  Macdonald ave*

7    *Richmond  Cal  94802*

8    **Defendant 2:**

9    Name: _____

10   Address: _____

11   _____

12   **Defendant 3:**

13   Name: _____

14   Address: _____

15   _____

16   **Defendant 4:**

17   Name: _____

18   Address: _____

19   _____

20   **2. Jurisdiction**

21   *Usually, only two types of cases can be filed in federal court: cases involving "federal*

22   *questions" and cases involving "diversity of citizenship."  Check at least one box.*

23   ☑ My case belongs in federal court under federal question jurisdiction because it is

24   about federal law(s) or right(s).

25   *Which law(s) or right(s) are involved?* _____

26   _____

27   ☑    My case belongs in federal court under diversity jurisdiction because none of the plaintiffs

28   live in the same state as any of the defendants AND the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3. **Venue**

*This Court can hear cases arising out of Alameda, Contra Costa, Del Norte, Humboldt,*
*Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco,*
*San Mateo, and Sonoma counties. This is the right court to file your lawsuit if 1) All defendants*
*live in California AND at least one of the defendants lives in this district; OR 2) A substantial*
*part of the events you are suing about happened in this district; OR 3) A substantial part of the*
*property that you are suing about is located in this district; OR 4) You are suing the U.S.*
*government or a federal agency or official in their official capacities and you live in this district.*
*Explain why this district court is the proper location to file your lawsuit.*

Venue is appropriate in this Court because _____

_____

_____

4. **Intradistrict Assignment**

*There are three divisions of this Court: San Francisco/Oakland, San Jose, and Eureka.*
*The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San*
*Francisco, San Mateo, and Sonoma counties.  The San Jose division covers Monterey, San*
*Benito, Santa Clara, Santa Cruz counties.  The Eureka division covers Del Norte, Humboldt,*
*Lake, Mendocino counties, only if all parties consent to a magistrate judge.  Explain which*
*division your case should be assigned.*

This lawsuit should be assigned to [*Select one: San Francisco/Oakland, San Jose, OR*
*Eureka*] Division of this Court because _____

_____

_____

5. **Statement of Facts and Claims**

*Write a short and simple description of the <u>facts</u> of your case.  Include WHERE and*
*WHEN the events happened, WHO was involved, WHAT role each defendant played, and HOW*
*you were harmed.  If you know which laws or rights the defendant violated, you can include them,*
*but you do not need to make legal arguments.  Put each fact or claim into a separate, numbered*

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

*rev: 6/2013*

1 | *paragraph, starting with 5a, 5b, and so on. Attach additional sheets of paper as necessary. You*
2 | *may attach documents that support your claims to the end of this Complaint as exhibits. Explain*
3 | *what each exhibit is, when and how you got it, and how it supports your claims. Attaching a*
4 | *document to your Complaint does not necessarily mean that it will be accepted as evidence.*

5 I MARIA Milano, mother, wiFe, is Filing
6 a Lawswit against Richmond Housing
7 Aut, For WrongFul Termination oF
8 Section 8 Voucher Housing, Over a
9 disputed with Section 8 Land Lord
10 Security deposit, I was wrongFul
11 Termination with no good cause,
12 That leave myself and Family
13 Homeless living on the streets
14 and motel over the past 3 years,
15 There is so much damaged involved
16 in this case, mild Stroke, Panick
17 atteck, Depression, weight Lost
18 Children Not attending School
19 Teraphy, Faintness, and more,
20 I am Seeking money to build
21 our liFe BACK Together as Family
22 and Live in a home, that is
23 Called (our home) Not a home
24 Living on the Street, I am Seeking
25 money to build a College Payment
26 For our children So they can
27 go Back To School and get
28 a Degress or Diploma which it

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

*rev: 6/2013*

1 never happen, They would'nt
2 graduate, That's every parents
3 dream To see your children
4 graduate, And All you see now
5 is them wearing the same clothe,
6 I am Seeking money to buy
7 Furniture that we Lost in
8 Storage Because we could'nt pay
9 the montly payment, I am
10 Seeking money to buy us a
11 Car so we don't have to
12 transit with Buses or Cab,
13 Seeking money to be Able To
14 have a vacation after all this
15 Damage, Seeking money to live
16 Like every Family with homes
17 and to take away the
18 depression and Sadness in our
19 Life, And to bring my Family
20 Back Together all in one
21 "roof" Not Seperate, The money
22 Lawsuit I am asking For is
23 Not Just For one person We
24 are 5- and each one of us
25 Suffer Tremendouly Emotionaly,
26 The damage had effect us Badly
27 Mentally, phisacilly, We are Broke
28 No money, and homeless

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE]

rev: 6/2013

6. **Demand for Relief**

*State what you want the Court to do for you.  For example, depending on which claims you raise, it may be appropriate to ask the Court to award you money or order the defendant to do something or stop doing something.   If you are asking for money, you can say how much you are asking for and why you should get that amount.*

Your honor, I am seeking $500 million to build our life back Together as Family, and that Would be a grateful Demand For relief, Not just For me But For my Family as well, And be happy again just Like we were Before. In a home under one roof.

7. **Demand for Jury Trial**

*Check this box if you want your case to be decided by a jury, instead of a judge.*

☐   Plaintiff demands a jury trial on all issues.

*All plaintiffs must sign, date, and print their names at the end of the Complaint.  Attach another page if you need to.*

Respectfully submitted,

Date: June 13, 2015   Sign Name: _Marie Williams_

Print Name: MARIA Milano

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE]

rev: 6/2013