UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MILANO,<br><br>   Plaintiff,<br><br>  v.<br><br>CITY HOUSING AUTHORITY OF RICHMOND CAL CONTRA COSTA COUNTY,<br><br>   Defendant. | Case No. 4:16-cv-03246-JSW<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter having been assigned to the Honorable Jeffrey S. White, it is hereby ordered that, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on September 16, 2016, at 11:00 A.M., in Courtroom 5, 2nd Floor, Federal Courthouse, 1301 Clay Street, Oakland, California.

Plaintiff(s) shall serve copies of this Order immediately on all parties to this action, and on any parties subsequently joined, in accordance with Fed. R. Civ. P. 4 and 5. Following service, plaintiff(s) shall file with the Clerk of the Court a certificate reflecting such service, in accordance with Civil L. R. 5-6(a).

The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates.

The parties shall file a joint case management statement no later than **five (5) court days** prior to the conference. The joint case management statement shall address all of the topics set forth in the Standing Order for All Judges of the Northern District of California - *Contents of Joint Case Management Statement*, which can be found on the Court's website located at

1  http://www.cand.uscourts.gov.  *See* N.D. Civ L.R. 16-9.   If any one or more of the parties is
2  proceeding without counsel, the parties may file separate case management statements.   Separate
3  statements may also address all of the topics set forth in the Standing Order referenced above.
4  Any request to reschedule the date of the conference shall be made in writing, and by stipulation if
5  possible, at least **ten (10) calendar days** before the date of the conference and must be based upon
6  good cause.   In order to assist the Court in evaluating any need for disqualification or recusal, the
7  parties shall disclose to the Court the identities of any person, associations, firms, partnerships,
8  corporations or other entities known by the parties to have either (1) financial interest in the
9  subject matter at issue or in a party to the proceeding; or (2) any other kind of interest that could
10 be substantially affected by the outcome of the proceeding.  If disclosure of non-party interested
11 entities or persons has already been made as required by Civil L. R. 3-16, the parties may simply
12 reference the pleading or document in which the disclosure was made.  In this regard, counsel are
13 referred to the Court's Recusal Order posted on the Court website at the Judges Information link at
14 http://www.cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: June 15, 2016

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA MILANO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY HOUSING AUTHORITY OF RICHMOND CAL CONTRA COSTA COUNTY,<br><br>        Defendant. | Case No.   4:16-cv-03246-JSW<br><br>**CERTIFICATE OF SERVICE** |

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on June 15, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Milano
11-97 Rising Glen Rd
Pinole, CA 94564

Dated: June 15, 2016

                                                    Susan Y. Soong
                                                    Clerk, United States District Court

                                                    By:_____*Jennifer Ottolini*_____
                                                    Jennifer Ottolini, Deputy Clerk to the
                                                    Honorable JEFFREY S. WHITE